Argued May 24, affirmed May 31, 1973

IN THE MATTER OF THE DISSOLUTION OF THE MARRIAGE OF
WATSON, *Appellant, and* WATSON, *Respondent.*
510 P2d 358

*Jeanyse R. Snow,* Astoria, argued the cause for appellant. With her on the briefs were Harold A. Snow, and Macdonald, Dean, McAllister & Snow, Astoria.

*Nicholas D. Zafiratos,* Astoria, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

PER CURIAM.

On this appeal from a decree dissolving the marriage of the parties the sole issue is whether or not an award of alimony of $100 per month to the respondent for a period of four years was excessive. We are satisfied that the award was proper. There is nothing about the facts of this case which would be of any guidance to bench and bar and we therefore do not recite them here.

Affirmed.